IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11532-GG

_____

LUCAS WALL,

                                            Plaintiff - Appellant,

versus

CENTERS FOR DISEASE CONTROL AND PREVENTION,
DEPARTMENT OF HEALTH AND HUMAN SERVICES,
TRANSPORTATION SECURITY ADMINISTRATION,
DEPARTMENT OF HOMELAND SECURITY,
DEPARTMENT OF TRANSPORTATION, et al.,

                                            Defendants - Appellees,

PRESIDENT OF THE UNITED STATES OF AMERICA,

                                            Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

      It is ordered that this appeal is held in abeyance pending a decision in *Health Freedom Defense Fund v. President of the United States*, No. 22-11287.  The parties should notify the Court within 10 days of a decision in *Health Freedom*, so the hold can be lifted.

                                                          /s/ Jill Pryor
                                                          UNITED STATES CIRCUIT JUDGE